TO: ATTORNEY And Counselor SAnford Plokin
CC: Honorable Judge PAUL D. BORMAN

01/28/2023

I Am Winisford J. Watkins Jr. Defendent #26 on case number, 2:21-CR-20354-PDB-APP I have Received A Speedy TRiAl Waver From My ATTORNEY Sandford Plotkin written on January 22, 2023 It came to Me At sanilac County Jail on Jan. 24, 2023 I sign the waver Not UnderStanding Everything About My Right to A Speedy TRiAl. I sent The waver out to MR Plotkin on Jan 28, 2023 I Have Tried to Contact Me Plotkin To Let Him Know That I Dont want TO Wave that Right!! I'M writting this letter to Attorney And Judge Before The Court May Possibley Receive The WAVER to My Right to Speedy TRiAl. <u>I want to Have the Speedy Trial!</u>

I misunderstood what that Right was. Hope this Doesnt inconvenience Any One. Thank you For your time And Consideration.

Sincerely,
Winisford J Watkin Jr

FILED
FEB -3 2023
CLERK'S OFFICE
DETROIT

# SANFORD PLOTKIN, P.C.
## ATTORNEY AND COUNSELOR

January 22, 2023

Winisford Watkins, Marshal Prisoner
Sanilac County Jail
65 N. Elk St.
Sandusky, MI 48471
Atty-Client Mail: Open in Inmate's Presence

Dear Mr. Watkins,

I am enclosing the speedy trial waiver I spoke with you about. And I am also sorry about the confusion over the earlier time exclusion. I thought we talked about that, but you say we did not. I apologize if that's the case.

*W.W.*
*1-28-23*

However, as your attorney, I can assure you that I feel strongly that I do need the time to represent you effectively. There is a ton of evidence out there that needs to be analyzed, organized, and dealt with thoroughly. And if we do go to trial, I will need a lot of time to properly and effectively prepare for you.

This is your life, and I take it seriously. So whatever I do is intended to be for you, and in your best interests. So in that regard, I ask that you sign and return the waiver to me in the stamped, self-addressed envelope.

Thank you.

Very truly yours,

Sanford Plotkin

*I signed The Waver paper Not understanding My Rights to A speedy trial! I wish to Hold My speedy trial!*

*Winifred Watkins*

---

30445 NORTHWESTERN HWY. ▪ SUITE 225 ▪ FARMINGTON HILLS, MI 48334
PHONE: 248.798.5756 ▪ FAX: 248.855.5872
E-MAIL: sanfordplotkin@gmail.com



Metroplex MI 480 ZIP
TUE 31 JAN 2023 AM

Winfield Watkins
65 North Elk
Sandusky MI 48471

United States District Court For The Eastern
District of Michigan
231 West Lafayette Blvd, Suite 740
Detroit MI, 48226

THIS MAIL ORIGINATED
FROM THE
SANILAC COUNTY JAIL

THIS MAIL ORIGINATED
FROM THE
SANILAC COUNTY JAIL