UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                          Case No. 2:21-cr-20354-JJCG-APP
                                              Hon. Jonathan J.C. Grey

Martin Murff, et al.,

                Defendant(s),

_____

### NOTICE OF MOTION HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

NOTICE of IN PERSON hearing on [811] MOTION evidentiary hearing and order protecting written confidential attorney-client communications as to Martin Murff, Winisford Watkins. **Motion Hearing set for 5/8/2023 01:00 PM before District Judge Jonathan J.C. Grey** (SOso)

All of the aforementioned Defendants are required to appear at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. Please report to Room 624.

**ADDITIONAL INFORMATION:** All parties are required to wear masks in the courtroom.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                    By: s/Sandra A Osorio
                                                         Case Manager

Dated: May 1, 2023